**10-14517 HRT**

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Colorado | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>New Frontier Energy, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>84-1530098 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1801 Broadway, #290 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Denver, Colorado      ZIP CODE 80202 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Routt and Moffat Counties, Colorado

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

     ☑ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)          COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
     or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED 2010 MAR -5 PM 12:40 U.S. BANKRUPTCY COURT DISTRICT OF COLORADO BRADFORD L. BOLTON CLERK

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  New Frontier Energy, Ir

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x  [signature] | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>Alpine Lumber Co. | Signature of Attorney                    Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>William Miller<br>1120 W. 122nd Ave, 301<br>Westminster CO 80234 | Address<br><br>Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br><br>Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title)<br>Richard Exploration Services | Signature of Attorney                    Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alpine Lumber Co. 1120 W. 122nd Ave, #301 Westminster | Materials Provided | $32,777.88 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form 5)(12/07) - Page 2          Name of Debtor  New Frontier Energy, Ir

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x Signature of Petitioner or Representative (State title)<br>Alpine Lumber Co.<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Terry Scobie<br>1120 W. 122nd Ave., 301<br>Westminster CO 80234 | x Signature of Attorney       Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
|---|---|
| x _[signature]_ CEO<br>Signature of Petitioner or Representative (State title)<br>Effective Compensation, Inc.     3/1/2010<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Terry Isselhardt 3609 S. Wadsworth Blvd. #260<br>Lakewood, CO 80235 | x Signature of Attorney       Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x _[signature]_ James A. Richard President<br>Signature of Petitioner or Representative (State title)<br>~~Richard Exploration Services~~    3/2/2010<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>~~Jim Richard~~<br>~~8187 N. 73rd~~<br>~~Longmont, CO 80503~~ | x Signature of Attorney       Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alpine Lumber Co. 1120 W. 122nd Ave, #301 Westminster | Materials Provided | |
| Effective Compensation, Inc., 3609 S. Wadsworth Blvd. | Services Contract | 5,400.00 |
| ~~Richard Exploration Services, 8187 N. 73rd, Longmont, CO~~ | ~~Geological services~~ | ~~$1,100~~ |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Albert J. McMullin – President    3-5-2010
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Standard Investment Company
Name of Petitioner          Date Signed

Name of Attorney Firm (If any): McNamara Law Firm, P.C.
Address: 1035 S Gaylord St, Denver CO 80209
Telephone No.: 303-722-1624

Name & Mailing Address of Individual Signing in Representative Capacity:
Albert McMullin
4501 Merrie Lane
Bellaire, Texas 77401

x /s/ Rob Morrison    3-3-10
Signature of Petitioner or Representative (State title) – President
HS3 Technologies, Inc.
Name of Petitioner    Date Signed

Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

Name & Mailing Address of Individual Signing in Representative Capacity:
Rob Morrison
1800 Boulder St., #600
Denver, CO 80202

x /s/    3/2/10
Signature of Petitioner or Representative (State title)
KAB Acquistion, LLLP-VII
Name of Petitioner    Date Signed

Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

Name & Mailing Address of Individual Signing in Representative Capacity:
Kenneth A. Breitenbach
410 17th St., #1151
Denver, CO 80202

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Standard Investment Company, 4501 Merrie Lane, Bellaire | Contract/Services | 543,000 |
| HS3 Technoligies, Inc., 1800 Boulder St., #600 Denver, CO | Services | 8,000 |
| KAB Acquistion, LLLP-VII | Contract/payment | $10,000 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

____ continuation sheets attached