# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| NEW FRONTIER ENERGY, INC., | ) ) ) ) ) | Case No. 10-14517-HRT<br>Involuntary Chapter 7 |
| Debtor. | ) ) | |

## JOINT MOTION TO DISMISS INVOLUNTARY PETITION

Come Now New Frontier Energy, Inc. ("NFE") and Standard Investment Company, HS3 Technologies, Inc., KAB Acquisition, LLLP-VII, Alpine Lumber Co., and Effective Compensation, Inc. (collectively the "Petitioning Creditors"), by and through their respective undersigned counsel, and for their Joint Motion to dismiss the Involuntary Petition commencing the within involuntary case under Chapter 7, state as follows.

1.	On March 5, 2010, the Petitioning Creditors filed an Involuntary Petition commencing this involuntary case under Chapter 7.

2.	Subsequent to the filing of the Involuntary Petition, the undersigned counsel for NFE and the undersigned counsel for the Petitioning Creditors discussed the merits of the Involuntary Petition.

3.	NFE and the Petitioning Creditors have determined that a dismissal of the Involuntary Petition pursuant to 11 U.S.C. Section 303(j)(2) is in the best interest of NFE and all of its creditors.

4.	NFE waives the right to seek or obtain judgment, sanctions or any other relief under 11 U.S.C. Section 303(i)(1) and (2) and Rule 9011 of the Federal Rules of Bankruptcy Procedure against the Petitioning Creditors and John N. McNamara, Jr.  In addition, NFE also waives any and all claims which it may hold against any person or entity who caused the dissemination of the filing of the Involuntary Petition to the Oil and Gas Investor for publication.

Wherefore, NFE and the Petitioning Creditors request the Court enter an order pursuant to 11 U.S.C. 303(j)(2) dismissing the Involuntary Petition, and for such other and further relief as the Court deems just and proper.

Dated: March 17, 2010.          Laufer and Padjen LLC

/S/ Joel Laufer
Joel Laufer, Reg #7728
Attorneys for New Frontier Energy
5290 DTC Parkway
Suite 150
Englewood, Colorado 80111
Telephone (303) 830-3172
Facsimile (303) 830-3135
jl@jlrplaw.com


McNamara Law Firm, P.C.

/S/ John N. McNamara, Jr.
John N. McNamara, Jr., Reg #2471
Attorneys for Petitioning Creditors
1035 South Gaylord St.
Denver, Colorado 80209
Telephone (303) 722-1624
Facsimile (303) 722-0253
mac@washparklaw.com